IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

LIBERTY DIVERSIFIED INDUSTRIES,
a Minnesota Corporation,

COURT FILE NO. 00-CV-2311 DWF/SRN

Plaintiff,

v.

SAMOT, Inc.,
an Alabama Corporation,

Defendant

* * * * * * * * * * *

and ORDER

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The above-entitled action, including all crossclaims, counterclaims and third-party claims, having been fully compromised and settled,

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective counsel, that the above-entitled action, including all crossclaims, counterclaims and third-party claims, may be and hereby is dismissed on the merits with prejudice and without costs to any party.

IT IS HEREBY FURTHER STIPULATED AND AGREED that any party hereto may, without notice to any other party, cause judgment of dismissal with prejudice on the merits to be entered herein.

Eric H. Chadwick
Eric H. Chadwick #248,769
Attorneys for Plaintiff
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2100
612/349-5742

Elliot L. Olsen #203750
GISLASON & HUNTER LLP
Attorneys for Defendant
9900 Bren Road East, Suite 215E
P. O. Box 5297
Minnetonka, MN 55343-2297
Phone: 952-933-9900

MAR 21 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAR 21 2001
DEPUTY CLERK

**ORDER**

Pursuant to the foregoing Stipulation, the above-entitled action, including all crossclaims, counterclaims and third-party claims, is hereby dismissed with prejudice on the merits and without cost to any party.

JUDGMENT MAY BE ENTERED ACCORDINGLY.

DATED: March 21, 2001

BY THE COURT:

Judge of U.S. District Court

MPLID:39852.1